William N. Rushing, Tennessee V. Rushing, his wife,
    Joseph G. Ball and Merrie H. Ball, his wife, Ap-
    pellants, vs. William W. Reed, Appellee.

Appeal from Circuit Court, Hillsborough county;
Barron Phillips, Judge.

S. B. Turman, for Appellants.

F. M. Simonton, for Appellee.

The bill in this cause was filed by the appellee
against the appellants. There was decree for the com-
plainant, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appel-
lants.